**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8047**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DONALD DEVAN EDWARDS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-90-78-MU, CA-96-342-3-2MU)

---

Submitted: April 22, 2002                    Decided: May 17, 2002

---

Before NIEMEYER, WILKINS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Donald Devan Edwards, Appellant Pro Se.  James Michael Sullivan, Assistant United States Attorney, Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Devan Edwards appeals the district court's order denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error, as Edwards improperly invoked the Federal Rules of Civil Procedure to collaterally attack a criminal judgment. Accordingly, we affirm the district court's denial of Edwards' motion for reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>